SETH C. GAGLIARDI

K 224

9/25/17

FILED

2017 SEP 25  AM 11: 38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY          T4~          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    '17MJ9038 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section   1326<br>Deported Alien Found In the United<br>States (Felony) |
| Saul ARRIAGA-Aguirre, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 24, 2017 within the Southern District of California, defendant, Saul ARRIAGA-Aguirre, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

1    And the complainant states this complaint is based on the attached Statement of facts,

2  which is incorporated herein by reference.

3

4                                    _____
                                     FRANK L. MORAGA
5                                    BORDER PATROL AGENT

6

7    SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th day

8  OF SEPTEMBER, 2017.

9

10                                   _____
                                     HON. PETER C. LEWIS
11                                   U.S. MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

**1** UNITED STATES OF AMERICA

**2**          v.
Saul ARRIAGA-Aguirre

**3**                    STATEMENT OF FACTS

**4**
**5**        This complaint is based upon the investigative report of Border Patrol Agent (BPA) J.

**6** McGilvray, that defendant, Saul ARRIAGA-Aguirre (ARRIAGA) was found in the United

**7** States and arrested on September 24, 2017, near Calexico, California.

**8**
**9**        On September 24, 2017, BPA F. Gonzalez was conducting linewatch duties

**10** approximately .5 miles east of the Calexico, California west port of entry.  This area consists

**11** of the city of Calexico, California which consists of residential and commercial buildings.

**12**
**13** Aliens frequently use this area to illegally enter into the United States in an attempt to blend

**14** in with local populace and ease of concealment with the allies and homes.

**15**        At approximately 3:00 p.m., Remote Video Surveillance System (RVSS) operators

**16**
**17** at the Calexico Station observed two individuals climb over the international boundary

**18** fence and proceed to make their way north towards First Street. RVSS operators informed

**19** agents in the area of the event via service radio.

**20**
**21**        BPA Gonzalez responded to the immediate area, and observed an individual, later

**22** identified as ARRIAGA, running westbound on First Street towards Rockwood Avenue.

**23**
**24** BPA Gonzalez proceeded to pursue ARRIAGA and was able to make contact with

**25** ARRIAGA at the Greyhound Bus Station, located between Paulin and Rockwood Avenue,

**26** just north of First Street.  BPA Gonzalez identified himself as a BPA and questioned

**27**
**28** ARRIAGA as to his citizenship. BPA Gonzalez ascertained ARRIAGA to be a citizen of

                                    3

Mexico without the proper documentation to enter, work, or reside in the United States legally. BPA Gonzalez then placed ARRIGA under arrest and arranged to have him transported to the Calexico Border Patrol Station.

Record checks revealed ARRIAGA was ordered removed by an Immigration Judge, and was subsequently removed from the United States to Mexico on March 06, 2014.

There is no evidence showing ARRIAGA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.